NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


IANDY JIMENEZ, DOC #T78277,          )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-4210
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
                                     )
_____)

Opinion filed August 14, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Rachael E. Reese of O'Brien Hatfield, P.A.,
Tampa, for Appellant.


PER CURIAM.


          Affirmed.


KELLY, SALARIO, and BADALAMENTI, JJ., Concur.